# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| L.G. ENTERPRISES, LLC dba LG-OUTDOORS, WHOLESALE HUNTER, and OMEGA OUTFITTERS,<br><br>Plaintiff,<br><br>vs.<br><br>BOB GEIGER, individually and as an agent of AQUAMIRA TECHNOLOGIES, INC., AQUAMIRA TECHNOLOGIES, INC., WILLIAM TYLER METCALF, individually and as an agent of CHANNEL OP, LLC., CHANNEL OP, LLC and DOES 1-10,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO REMAND**<br><br>Case No. 1:19-cv-00037-JNP<br><br>Judge Jill N. Parrish |

Based on Defendants William Tyler Metcalf and Channel Op, LLC, Defendants Bob Geiger and Aquamira Technologies, Inc., and Plaintiff L.G. Enterprises, LLC dba LG-Outdoors, Wholesale Hunter, and Omega Outfitters Stipulated Motion to Remand, and good cause appearing:

IT IS HEREBY ORDERED that this case is remanded to the Utah First District Court to reassume jurisdiction of State Court Case No. 190100058 as provided by law.

DATED May, 2019.

BY THE COURT:

_____
Jill N. Parrish
United States District Court Judge